# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-3133

_____

LEMUEL L. COLE,

Petitioner,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections and KELLY
WATKINS, Warden,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


May 29, 2024


PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

LEWIS, M.K. THOMAS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Lemuel L. Cole, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.